JOHNSON & PHAM, LLP
Christopher D. Johnson, SBN: 222698
    E-mail: cjohnson@johnsonpham.com
Christopher Q. Pham, SBN: 206697
    E-mail: cpham@johnsonpham.com
Marcus F. Chaney, SBN: 245227
    E-mail: mchaney@johnsonpham.com
Jason R. Vener, SBN: 267941
    E-mail: jvener@johnsonpham.com
6355 Topanga Canyon Boulevard, Suite 326
Woodland Hills, California 91367
Telephone:   (818) 888-7540
Facsimile:    (818) 888-7544

Attorneys for Plaintiff
FOREVER 21, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| FOREVER 21, INC., a Delaware Corporation,<br><br>            Plaintiff,<br><br>        v.<br><br>BASTIAT USA INC., a Nevada Corporation doing business as BRANDY MELVILLE or BRANDY MELVILLE USA; THOMAS AQUINAS, INC., a California Corporation doing business as BRANDY MELVILLE or BRANDY MELVILLE USA; STEPHAN MARSAN, an individual; and DOES 1 through 20, inclusive.<br><br>            Defendants. | Case No.: 2:16-cv-06211<br><br>**COMPLAINT FOR DAMAGES:**<br><br>**(1) FEDERAL COPYRIGHT INFRINGEMENT [17 U.S.C. § 501(a)]**<br><br>**[DEMAND FOR JURY TRIAL]** |

COMES NOW, Plaintiff Forever 21, Inc. ("Forever 21" or "Plaintiff"), to hereby file its Complaint for Damages against Defendants Bastiat USA Inc., a Nevada Corporation doing business as Brandy Melville or Brandy Melville USA; Thomas Aquinas, Inc., a California Corporation doing business as Brandy Melville or Brandy Melville USA; Stephan Marsan, an individual; and Does 1 through 20, Inclusive (collectively "Defendants").

## PARTIES

1.      Forever 21 is now, and was at the time of the filing of this Complaint and at all intervening times, a Delaware corporation duly authorized and licensed to conduct business in California with its principal place of business located at 3880 North Mission Road, Los Angeles, California 90031.

2.      Forever 21 is informed and believes that Defendant Bastiat USA, Inc., doing business as Brandy Melville or Brandy Melville USA, is now, and was at the time of the filing of this Complaint and at all intervening times, a Nevada corporation, with its principal place of business located in Santa Monica, California.

3.      Forever 21 is informed and believes that Thomas Aquinas, Inc., doing business as Brandy Melville or Brandy Melville USA, is now, and was at the time of the filing of this Complaint and at all intervening times, a California corporation, with its principal place of business located in Los Angeles, California.

4.      Forever 21 is informed and believes that Defendant Stephan Marsan is now, and was at the time of the filing of this Complaint and at all intervening times, an individual residing in Los Angeles, California, and is the President of both Defendant Bastiat USA Inc. and Thomas Aquinas, Inc.

5.      Forever 21 is informed and believes that, since the time of their creation, now, and at all times relevant to this Complaint, Defendants Bastiat USA Inc. and Thomas Aquinas, Inc., are and have been nothing more than the alter

egos of Stephan Marsan, and that Defendants Bastiat USA Inc. and Thomas Aquinas, Inc., were incorporated and organized solely for the purposes of providing a veil through which Defendant Stephan Marsan could, does and has willfully and intentionally infringed Forever 21's intellectual property rights as well as evade California State income tax.

6.     Forever 21 is informed and believes that, at the time of their creation, now, and at all times relevant to this Complaint, Defendants Bastiat USA Inc. and Thomas Aquinas, Inc., did not and do not have sufficient funding to assume responsibility for their foreseeable and actual liabilities.

7.     Forever 21 is informed and believes that since the time of their creation, now, and at all times relevant to this Complaint, Defendants Bastiat USA Inc. and Thomas Aquinas, Inc., were undercapitalized.

8.     Forever 21 is informed and believes that since the time of their creation, now, and at all times relevant to this Complaint, Defendants Bastiat USA Inc. and Thomas Aquinas, Inc., have failed to observe formalities required by law.

9.     Forever 21 is informed and believes that Defendant Stephan Marsan controls and operates Defendants Bastiat USA Inc. and Thomas Aquinas, Inc. Plaintiff is further informed and believes that Defendant Stephan Marsan personally participated in and/or had the right and ability to supervise, direct and control Defendants Bastiat USA Inc.'s and Thomas Aquinas, Inc.'s wrongful conduct as alleged in this Complaint, derived direct financial benefit from that wrongful conduct, and is personally liable for the wrongful conduct.  Through his personal actions and ratification of Defendants Bastiat USA Inc.'s and Thomas Aquinas, Inc.'s infringing conduct, Defendant Stephan Marsan contributed to the wrongdoing conduct that caused damages to Forever 21. Through his control and supervision, Defendant Stephan Marsan is also vicariously liable for the infringing conduct of Defendants Bastiat USA Inc. and Thomas Aquinas, Inc.

10.     Forever 21 is informed and believes that the named Defendants, and

- 3 -
**COMPLAINT FOR DAMAGES**

Does 1-20, inclusive, sued herein by fictitious names are jointly, severally and concurrently liable and responsible with the named Defendants upon the causes of action hereinafter set forth.

11.     Forever 21 is informed and believes and thereon alleges that at all times mentioned herein that the named Defendants and Does 1-20, inclusive, and each of them, were the agents, servants and employees of every other Defendant and the acts of each Defendant, as alleged herein, were performed within the course and scope of that agency, service or employment.

12.     The true names and capacities, whether individual, corporate, associate or otherwise, of Defendants herein named as Does 1-20, inclusive, are unknown to Plaintiff.  Plaintiff therefore sues said Defendants by such fictitious names. When the true names and capacities of said Defendants have been ascertained, Forever 21 will amend this pleading accordingly.

## JURISDICTIONAL ALLEGATIONS

13.     This Court has Federal subject matter jurisdiction over this matter pursuant to 28 U.S.C. §§1331 and 1338(a) and (b), in that the case arises out of claims for copyright infringement under the *1976 Copyright Act* (17 U.S.C. §501(a)); and this Court has supplemental jurisdiction pursuant to 28 U.S.C. §§1367(a) and 1338 (a)(b).

14.     Venue is proper, *inter alia*, pursuant to 28 U.S.C. §1391(b) because on information and belief, a substantial part of the events or omissions giving rise to the claims occurred in this judicial district, and has caused damages to Plaintiff in this district.

15.     Personal jurisdiction exists over Defendants because on information and belief, Defendants conduct business in California and in this judicial district, are aware of Plaintiff's domicile in this judicial district, have competed with Plaintiff in this judicial district, have purposefully directed action to California and this district, or have otherwise availed themselves of the privileges and protections

of the laws of the State of California, such that this Court's assertion of jurisdiction over Defendants does not offend traditional notions of fair play and due process. Among other things, Defendants have willfully advertised, offered to sell, sold, and distributed products embodying designs that infringe the copyrights of Plaintiff to and within this judicial district. Defendants also reside within the Juridical District.

## GENERAL ALLEGATIONS

### Forever 21 and its Well-Known Clothing Products

16. Forever 21 is a widely recognized retailer of apparel, clothing and accessories and fashion accessories. Forever 21 designs and sells innovative, fashionable clothing, clothing and accessories and accessories exclusively through its online website www.Forever21.com and its own Forever 21 retail outlets throughout the United States and multiple international locations. Forever 21 sells clothing and accessories bearing one or more of its family of registered and common law Forever 21 trademarks and which embody designs protected by Plaintiff's copyrights.

17. Since at least as early as 1989, Forever 21 has been engaged in the development and retail sales of a wide variety of clothing, clothing and accessories and accessories identified by its registered and common law trademarks and which embody designs protected by Plaintiff's copyrights.

18. Forever 21's merchandise is made solely for Forever 21 and is sold by Forever 21 exclusively through its own website as well as through mall-based and stand-alone retail outlets throughout the United States, Austria, Bahrain, Belgium, Canada, China, Colombia, France, India, Indonesia, Ireland, Israel, Japan, Jordan, South Korea, Kuwait, Malaysia, Mexico, Oman, Philippines, Puerto Rico, Saudi Arabia, Singapore, the United Arab Emirates, the United Kingdom, and Thailand.

19. Forever 21 has become well-known to consumers through its hard work, innovation and substantial investment in branding. As a result of its

1   endeavors, Forever 21 has created and owns valuable intellectual properties in the

2   form of trademarks and copyrights.

3          20.    Forever 21 owns numerous copyrighted designs which it features on

4   its clothing and accessories. Amongst these copyrighted designs is the design

5   protected by the United States Copyright Registration having the registration

6   number VAu 1-187-457. Attached hereto as **Exhibit A** is a true and correct copy

7   of Forever 21's registration listing for registration number VAu 1-187-457

8   (Forever 21's "Copyright") found at the United States Copyright Office's website.

9          21.    The Copyright protects a design designated by Forever 21 as E14190

10  (Forever 21's "Design"), which Forever 21 features on clothing and accessories

11  for sale throughout its retail stores and online. Attached hereto as **Exhibit B** is an

12  example of Forever 21's Design featured on a dress sold by Forever 21.

13            **<u>Defendants' Wrongful and Infringing Conduct</u>**

14         22.    Particularly in light of the success of Forever 21 and Forever 21's

15  clothing, as well as the reputation Forever 21 has gained, Forever 21 and its

16  products have become targets for unscrupulous individuals and entities who wish

17  to unlawfully imitate Forever 21's copyrighted styles and designs.

18         23.    In or around May of 2015, Forever 21 became aware that Defendants

19  doing business as "Brandy Melville" and "Brandy Melville USA" were offering

20  for sale and selling clothing items which embodied designs that wholly and

21  completely copied Forever 21's Design and which is protected by Forever 21's

22  Copyright. Attached hereto as **Exhibit C** is a true and correct screenshot of

23  Defendants' "www.brandymelvilleusa.com" website depicting a garment for sale

24  which wholly and completely copies and embodies every element of Forever 21's

25  Design which is protected by Forever 21's Copyright.

26         24.    On information and belief, Defendants operate, in addition to its

27  "www.brandymelvilleusa.com" commerce enabled website, numerous Brandy

28  Melville and Brandy Melville USA retail outlet store locations throughout

California and the United States.

25.    On or about July 31, 2015, after having observed a dress being offered for sale by Defendants on the "www.brandymelvilleusa.com" commerce enabled website which depicted a pattern which copied and/or embodied Forever 21's Design, Forever 21 purchased from Defendants, through Defendant's "www.brandymelvilleusa.com" URL, a garment described by Defendants as an "Abigail Dress" having Item number "MCH11J-R29S07100H60" for a total price of $38.62 (inclusive of shipping and handling). Attached hereto as **Exhibit D** is a true and correct copy of the purchase receipt for this July 31, 2015 transaction.

26.    Defendants then shipped this "Abigail Dress" to Forever 21, where the design depicted thereon was compared with the of the Forever 21's Design. The design depicted on the "Abigail Dress" is identical to Forever 21's design. Attached hereto as **Exhibit E**, is a picture of the "Abigail Dress" Defendants shipped to Forever 21.

## <u>FIRST CAUSE OF ACTION</u>

**(Infringement of Copyright against all Defendants, and DOES 1-20,**

**Inclusive)**

**[17 U.S.C. § 501(a)]**

27.    Plaintiff repeats and re-alleges every allegation set forth in Paragraphs 1-26.

28.    Plaintiff is the exclusive owner of the copyrights inured by the United States Copyright Registration having the registration number VAu 1-187-457, founds at Exhibit A, and which protects the Design, which is original, and which is displayed on the garment depicted in Exhibit B, also attached hereto.

29.     Defendants have and had actual notice of Forever 21's exclusive rights in Forever 21's Copyright and Forever 21's Design.

30.    Plaintiff's registration of it Copyright with the United States Copyright Office further provides constructive notice of Plaintiff's copyrights in

its original Design.

31.   Defendants did not seek and failed to obtain consent or authorization from Plaintiff to utilize, manufacture, reproduce, copy, display, derive, commercially distribute or market in commerce or otherwise use Forever 21's Design which is protected by Forever 21's Copyright.

32.   Without permission, Defendants intentionally and knowingly reproduced, copied, displayed, manufactured, derived, and distributed products embodying colorable imitations of Forever 21's Design which is protected by Forever 21's Copyright. Indeed, Defendants' unlawful products embody designs which copy every element of Forever 21's Design which is protected by Forever 21's Copyright.

33.   Defendants intentionally and willfully applied their infringing designs to clothing items and other products, as well as in advertising materials, in connection with its fraudulent sales, offerings for sale, distribution, and display of their unlawful goods.

34.   Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, if not directly liable for infringement of Plaintiff's Copyright in the Design, are vicariously liable for said infringements because they had the right and ability to supervise the infringing conduct and because they had a direct financial interest in the infringing conduct.

35.   Plaintiff is informed and believes and thereon alleged that by reason of Defendants' acts of copyright infringement as alleged above, Plaintiff has suffered and will continue to suffer substantial damages to its business in the form of diversion of trade, loss of income and profits, and dilution and destruction of the value of its rights, all in amounts which are not yet fully ascertainable but which will be proven at trial.

36.   Due to Defendants' acts of infringement, Plaintiff has also suffered general and special damages including, without limitation, damages resulting from

1  Plaintiff having to investigate and analyze Defendants' infringing conduct, and
2  hiring counsel, all in an amount to be established at trial.

3      37.    Moreover, as a direct result of the acts of infringement alleged above
4  by the Defendants, and each of them, Defendants have obtained direct or indirect
5  profits they would not otherwise have realized but for their infringements.
6  Plaintiff is entitled to a disgorgement of each Defendants' profits directly and
7  indirectly attributable to said Defendants' infringement of Plaintiff's Design and
8  Copyright.

9      38.    Plaintiff is informed and believes and thereon alleges that Defendants
10  and each of them knowingly and intentionally copied Plaintiff's Design, making
11  their conduct willful and intentional, subjecting Defendants and each of them, to
12  liability thereof, including for statutory damages under Section 504(a) of the *1976*
13  *Copyright Act* at Plaintiff's election within the time permitted by law.

14      39.    Plaintiff is informed and believes and thereon alleged that Defendants
15  continue to infringe Plaintiff's copyrights and that Defendants' infringing conduct
16  has and will cause Plaintiff irreparable harm unless Defendants are enjoined from
17  continuing and engaging in future acts of infringement against Plaintiff.

18  ## **PRAYER FOR RELIEF**

19      WHEREFORE, Plaintiff FOREVER 21, INC. prays for judgment against
20  Defendants Bastiat USA Inc., a Nevada Corporation doing business as
21  Brandy Melville or Brandy Melville USA; Thomas Aquinas, Inc., a California
22  Corporation doing business as Brandy Melville or Brandy Melville USA; Stephan
23  Marsan, an individual; and Does 1 through 20, inclusive, and each of them, as
24  follows:

25      A. For an award of Defendants' profits and Plaintiff's damages in an amount
26          to be proven at trial for copyright infringement under 17 U.S.C. §501(a);
27      B. In the alternative to actual damages and Defendants' profits pursuant to
28          17 U.S.C. §504(b), for statutory damages pursuant to 17 U.S.C. §504(c),

**COMPLAINT FOR DAMAGES**

which election Plaintiff will make prior to the rendering of final judgment;

C. For an injunction by this Court prohibiting Defendants from engaging or continuing to engage in the unlawful, unfair, or fraudulent business acts or practices described herein, including the advertising, selling, offering for sale using and/or dealing in Plaintiff's copyrighted works or other intellectual property right of Plaintiff; acts of copyright infringement; and any other act in derogation of Plaintiff's rights;

D. For an order from the Court requiring that Defendants provide complete accountings and for equitable relief, including that Defendants disgorge and return or pay their ill-gotten gains obtained from the illegal transactions entered into and or pay restitution, including the amount of monies that should have been paid if Defendants complied with their legal obligations, or as equity requires;

E. For an order from the Court that an asset freeze or constructive trust be imposed over all monies and profits in Defendants' possession which rightfully belong to Plaintiff;

F. For destruction of the infringing articles in Defendants' possession under 17 U.S.C. §503;

G. For damages in an amount to be proven at trial for unjust enrichment;

H. For an award of exemplary or punitive damages in an amount to be determined by the Court;

I. For Plaintiff's reasonable attorney's fees;

J. For all costs of suit; and

/ / /

/ / /

/ / /

/ / /

**COMPLAINT FOR DAMAGES**

K. For such other and further relief as the Court may deem just and equitable.

DATED:  August 18, 2016                     JOHNSON & PHAM, LLP

By: /s/Christopher Q. Pham
Christopher D. Johnson, Esq.
Christopher Q. Pham, Esq.
Marcus F. Chaney, Esq.
Jason R. Vener, Esq.
Attorneys for Plaintiff

## **DEMAND FOR JURY TRIAL**

Plaintiff Forever 21, Inc. respectfully demands a trial by jury in this action pursuant to Local Rule 38-1.

DATED:  August 18, 2016                     JOHNSON & PHAM, LLP

By: /s/Christopher Q. Pham
Christopher D. Johnson, Esq.
Christopher Q. Pham, Esq.
Marcus F. Chaney, Esq.
Jason R. Vener, Esq.
Attorneys for Plaintiff

# EXHIBIT A

**Copyright**
United States Copyright Office

| Help | Search | History | Titles | Start Over |

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = e14190
Search Results: Displaying 1 of 1 entries



**Labeled View**

### *E14190.*

|  |  |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VAu001187457 / 2014-11-07 |
| **Application Title:** | E14190. |
| **Title:** | E14190. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | FOREVER 21, INC. Address: 3880 N. MISSION RD., LOS ANGELES, CA, 90031. |
| **Date of Creation:** | 2014 |
| **Authorship on Application:** | FOREVER 21, INC., employer for hire; Domicile: United States; Citizenship: United States. Authorship: 2-D artwork. |
| **Rights and Permissions:** | Young Kwon, Forever 21, Inc., 3880 N. Mission Road, Room 3110, Los Angeles, CA, 90031, (213) 741-8367, ip.legal@forever21.com |
| **Names:** | FOREVER 21, INC. |



| Save, Print and Email (Help Page) |
|---|
| Select Download Format  Full Record ▼   Format for Print/Save |
| Enter your email address:                                Email |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

# EXHIBIT B



# FOREVER 21

NEW ARRIVALS    WOMEN    MEN    CONTEMPORARY    ACCESSORIES    KIDS    PLUS SIZES    SALE    LOOKBOOKS

BUY ONE GET ONE 50% OFF SELECT ITEMS. USE CODE 0123 5050    MEMORIAL DAY SALE!
ONLINE ONLY! ENDS 6/25.    30% OFF SELECT STYLES.

SEARCH

HOME > SEARCH
REFINE BY    X CLEAR
YOU HAVE SELECTED
WOMEN CLOTHING
Rompers & Jumpsuits (1)
PRICE
$10 - $20
BRAND
FOREVER 21
SIZE
S    M    L
% SIZE CHART
COLOR

Like  0  Pin it  +1  Tweet

**Medallion Print Romper**
$15.90

VIEW 20  VIEW 60  VIEW
120

Rust/taupe    ▾    Qty  1  ▾
Size  ▾

ADD TO BAG
★★★ (2 reviews)

Style Deals - A day of fun in the sun isn't complete without
this strapless romper! It features an allover medallion print
with a smocked waist and slanted front pockets. Just throw
on a pair of shades and you'll be looking haute.

• Unlined, woven
• 100% rayon
• 31" full length, 13" waist to hem, 4.5" inseam, 24"
  waist, 32" chest
• Measured from Small
• Hand wash cold
• Made in Vietnam

Model Info: Model information is not available.

Product Code: 2000375050

VIEW FULL DETAILS

‹  1  ›  VIEW 20  VIEW 60  VIEW



# EXHIBIT C





DETAILS        MORE COLORS      MORE INFO

ABIGAIL DRESS

$29

Soft woven cotton A-line dress in red bohemian print with a cutaway neckline and a flared silhouette.

- 100% rayon
- 35" length, 16" bust
- MODEL is 5'9" with a 25" waist
- Made In China
- Color: Bohemian

Size:   Fits size Small

Quantity ◀ 1 ▶

**ADD TO BAG**     ADD TO MY WISH LIST

MCH611J-R29$07100H60

# EXHIBIT D

# Brandy          Melville

**Brandy Melville USA**
470 Mirror Ct
Suite 102
Henderson, Nevada 89011
brandymelvilleusa.com



| Order: | 100751217 |
|---|---|
| Placed: | 7/31/2015 |
| Shipping: Flat Rate - UPS Ground | |

**Ship To**

Candice Hy
1133 4th Ave.
Los Angeles, California 90019
2132161922

**Bill To**

Candice Hy
5007 Hillard Ave.
La Canada, California 91011
2132161922
candice.hyon@gmail.com

| Item # | Name | Quantity | Price | Total |
|---|---|---|---|---|
| MCH611J-R29S07100H60 | Abigail Dress | 1 | 29.00 | 29.00 |
| | Warehouse:  RECEIVING | | | |

| | |
|---|---|
| Subtotal: | 29.00 |
| Shipping and Handling: | 7.00 |
| Tax: | 2.62 |
| **Order Total:** | **38.62** |

**Order Information**

**Not what you were looking for?**
To make a return, please follow the instructions below.
You are responsible for shipping the returned items back to us at this address:
Brandy Melville Returns
Order #
470 Mirror Ct, Suite 103
Henderson, NV 89011

You can keep the top portion of this invoice for your records. Please complete the form below and include it in your package.

ORDER #100751217

| Item # | Item Name | Quantity | Reason |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

# RETURN POLICY

**All intimates, accessories (bags, backpacks, jewelry, phone cases, etc), and discounted items are final sale.**
Returns must be received within 30 days of the purchased date. Refunds will be made to the original payment method.
All returned items must be unworn, unwashed, with the original tags still attached.
If there is an problem with your order, please contact us at online@brandymelvilleusa.com within 7 days of receiving your order  and send
pictures if applicable. We will respond within 24 hours. :)

# EXHIBIT E

