JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| FOREVER 21, INC., a Delaware Corporation, | Case No.: 2:16-cv-06211-MWF-FFM |
| Plaintiff, | **ORDER OF DISMISSAL OF ENTIRE ACTION PURSUANT TO RULE 41(a)(1)(A)(ii) OF THE** *FEDERAL RULES OF CIVIL PROCEDURE* |
| v. | |
| BASTIAT USA INC., a Nevada Corporation doing business as BRANDY MELVILLE or BRANDY MELVILLE USA; THOMAS AQUINAS, INC., a California Corporation doing business as BRANDY MELVILLE or BRANDY MELVILLE USA; and DOES 1 through 20, inclusive. | |
| Defendants. | |

Having considered the Parties' Stipulation of Dismissal as to the entire action pursuant to Rule 41(a)(1)(A)(ii) of the *Federal Rules of Civil Procedure*, the Court hereby orders that this action be dismissed in its entirety, with prejudice, with each party to bear its/his own attorneys' fees and costs. The Court shall maintain jurisdiction to enforce the terms of the confidential settlement agreement entered into by the Parties.

IT IS SO ORDERED, ADJUDICATED and DECREED this 9th day of May, 2017.

HON. MICHAEL W. FITZGERALD
United States District Judge
Central District of California